THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kenneth Bernard
 Williams, Appellant.
 
 
 

Appeal From Richland County
George C. James, Jr., Circuit Court Judge

Unpublished Opinion No. 2008-UP-493
 Submitted August 1, 2008  Filed August
18, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Kenneth
 Bernard Williams appeals his guilty pleas to two counts of grand larceny; two
 counts of third degree burglary, second offense; receiving stolen goods; and
 resisting arrest.  Williams argues the trial court erred by accepting his guilty
 plea because his plea was not knowingly and intelligently made.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Williams appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
KONDUROS,
J., CURETON, and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.